WR-70,809-02

MOTION DISMISSED
DATE: 1/23/15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 08 2015
Abel Acosta, Clerk

Earl Ray Morehead

Ex Parte

IN The Court of Criminal Appeals
Applicants motion for
Rebuttal

Come Now Applicant, Earl Ray
Morehead in his motion for Rebuttal
and will Show this court the
following facts in Support thereof:

Applicant's Argument

I.

Applicant contends that the Respond-
ent has falsely stated untrue

Factors relevant to his allegation. Applicant court record will support that he is serving two (2) seperate convictions for Driving while intoxicated. Those Cause Numbers are 13CR2144-83-1 (Galveston, Texas) and Cause Number 37751 in the 180th District Court of Harris County, Texas.

## II.

Applicant Contends that these two Convictions are Seperate and con-current convictions. One is a Four (4) year Sentence and the other is a Ten (10) year Sentence.

## III.

The Applicant contends that he have been Reviewed and denied parole three (3) Successive times during the three and half years of his incarceration, which his parole Record will verify held by the Texas Board of Pardons and Paroles located af

(Page Two)

Austin, Texas.

## IV.

The Applicant further contend that he has a SEVERE heart condition and have BEEN to the emergancy room twelve (12) times under life threating circumstances. Applicant also suffer from Hypertension and heart disease which is the NUMBER ONE killer in America. Applicants medical has NEVER BEEN submitted to the IPO (Inmate Parole officer for considration when being reviewed for parole. This being grossly malicous and prejudical and in violation of Applicants Due Process of Law guaranteed by the Sixth (6th) Amendment of the U.S. Constitution.

Lastly, Applicant contends that he has BEEN denied parole for the same "Static Reasons", which he have NO control and is illegal and unfair.

Page Three

## Prayer

Applicant respectfully prays that this Court grant this motion for rebuttal and refuse the respondent's request for its dismissal

Respectfully Submitted,

/S/ Earl R. Murchead

Applicant, Pro SE

#1717952

Texas Department of Criminal Justice - Institutional Division

Powledge Unit

Palestine, Texas 75803

## UNSWORN DECLARATION

I, Earl Roy Morehead                    TDCS #1717952, being presently incarcerated in the Powledge Unit of the Texas Department of Criminal Justice in Anderson County, Texas declare under the penalty of perjury that I am the applicant in the above and foregoing Petition. I have read said petition and the factual allegations of the same are true and correct.

Executed on this the 2nd day of January, 2015.

\S\ Earl Roy Morehead
Respondent, Pro Se